Chibueze C. Anaeme
c/o General Delivery,
U.S Post Office-Midway Branch
San Diego, California 92138
Phone Number: (212)808-0301 Temporary
E-mail: nexnns@yahoo.com

Chibueze C. Anaeme, pro se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHIBUEZE C. ANAEME,

      Plaintiff,

  vs.

UNITED STATES OF AMERICA,

      Defendant.

LAW OFFICES OF GALLO AND

ASSOCIATES.

FEDEX CORPORATION.

FEDERAL EXPRESS.

FEDEX INTERNATIONAL.

FEDEX KINKO'S OFFICE AND PRINT

SERVICES, INC.

FEDEX CUSTOM CRITICAL, INC.

FEDEX GROUND PACKAGE SYSTEMS,

INC.

FEDEX EXPRESS CORPORATION.

FEDEX FRIEGHT EAST, INC.

PARCEL DIRECT.

RPS, INC.

Case No. **CV12-2555**

PLAINTIFFS' COMPLAINT FOR DAMAGES.

DEMAND FOR JURY TRIAL

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

MAR 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2012 MAR 23   PM 2: 56

1  EFFICIENT WORKFLOW SOLUTIONS,

2  LLC.

3  FEDEX TRADE NETWORKS.

4  FEDEX OFFICE.

5  FEDEX SUPPLY CHAIN.

6  FEDEX SERVICES.

7  FEDEX FREIGHT.

8  FEDEX SMARTPOST.

9  STATE OF CALIFORNIA.

10  SAN DIEGO COUNTY, CALIFORNIA

11  SAN DIEGO POLICE DEPARTMENT SAN

12  DIEGO, CALIFORNIA.

13  OFFICE OF THE CITY ATTORNEY,

14  CITY OF SAN DIEGO, CALIFORNIA.

15  OFFICE OF ASSIGNED COUNSEL SAN

16  DIEGO COUNTY, CALIFORNIA.

17  OFFICE OF THE PUBLIC DEFENDER

18  SAN DIEGO COUNTY, CALIFORNIA.

19  SAN DIEGO COUNTY SHERIFFS'

20  OFFICE.

21  SAN DIEGO UNIFIED PORT

22  DISTRICT.

23  SAN DIEGO HARBOR POLICE.

24  CALIFORNIA STATE POLICE

25  (CALIFORNIA HIGHWAY PATROL).

26  SAN DIEGO COUNTY HEALTH AND

27

28

1    HUMAN SERVICES AGENCY (HHSA)

2    FORENSIC PSYCHIATRIC UNIT, SAN

3    DIEGO, CALIFORNIA.

4    HERITAGE SECURITY SERVICES, SAN

5    DIEGO, CALIFORNIA.

6    TRANSIT SYSTEM SECURITY.

7    FORT HERITAGE COURIER SERVICE.

8    VEOLIA ENVIRONNEMENT.

9    VEOLIA TRANSPORTATION SERVICES,

10   INC.

11   VEOLIA TRANSPORT.

12   VEOLIA VERKEHR.

13   CONNEX.

14   SAN DIEGO METROPOLITAN TRANSIT

15   SYSTEM (SDMTS).

16   SAN DIEGO TROLLEY, INC. (SDTI).

17   SAN DIEGO TRANSIT CORPORATION

18   (SDTC).

19   SAN DIEGO AND ARIZONA EASTERN

20   (SD AND AE) RAILWAY COMPANY.

21   SAN DIEGO VINTAGE TROLLEY, INC.

22   SANDAG.

23   NORTH COUNTY TRANSIT DISTRICT

24   (NCTD).

25

26

27                                              )

28

1    RAY GALLO

2    Individually and in his capacity as Principal, Law Offices of

3    Gallo and Associates, 5757 West Century Boulevard, 7th Floor, Los

4    Angeles, California 90045, United States of America hereinafter

5    U.S.A and 1101 5th Ave, Suite 206, San Rafael, California 94901,

6    U.S.A and as pertains to FedEx tracking number 80559003599.

7    JINX CLARK

8    Individually and in her capacity as Employee, Law Offices of

9    Gallo and Associates, 5757 West Century Boulevard, 7th Floor, Los

10   Angeles, California 90045, U.S.A and 1101 5th Ave, Suite 206, San

11   Rafael, California 94901, U.S.A and as pertains to FedEx

12   tracking number 80559003599.

13   BRIAN D. PHILIPS

14   Individually and in his capacity as President and Chief Executive

15   Officer, FedEx Corporation, 942 S. Shady Gove Road, Memphis,

16   Tennessee, 38120-4117, and as pertains to FedEx tracking number

17   80559003599.

18

19   KENNETH R. MASTERSON

20   Individually and in his capacity as Corporate Secretary, FedEx

21   Corporation, 942 S. Shady Gove Road, Memphis, Tennessee, 38120-

22   4117, U.S.A and as pertains to FedEx tracking number 80559003599.

23

24   CHRISTINE P. RICHARDS

25   Individually and in her capacity as Executive Vice President

26   General Counsel and Secretary, FedEx Corporation, 942 S. Shady

27   Gove Road, Memphis, Tennessee, 38120-4117, U.S.A.

28

- 4 -

PLAINTIFFS' COMPLAINT FOR DAMAGES

1

2   CHRISTINE P. RICHARDS

3   Individually and in her capacity as Executive Vice President

4   General Counsel and Secretary, FedEx Corporation, 942 S. Shady

5   Gove Road, Memphis, Tennessee, 38120-4117, U.S.A.

6

7   ALAN B. GRAFF, JR.

8   Individually and in his capacity as Corporate Secretary, FedEx

9   Corporation, 942 S. Shady Gove Road, Memphis, Tennessee, 38120-

10   4117, U.S.A.

11

12   KENNETH J. GLASS

13   Individually and in his capacity as Director, FedEx Corporation,

14   942 S. Shady Gove Road, Memphis, Tennessee, 38120-4117, U.S.A.

15

16   ROBERT B. CARTER

17   Individually and in his capacity as Executive Vice President

18   Information Services and Chief Information Officer, FedEx

19   Corporation, 942 S. Shady Gove Road, Memphis, Tennessee, 38120-

20   4117, U.S.A.

21

22   JODY HUMBLE

23   Individually and in her capacity as Manager, FedEx Kinko's Office

24   and Print Services, Inc, 13155 Noel Road, Suite 1600, Dallas,

25   Texas 75240-5032, U.S.A.

26

27   VIRGINIA C. ALBANESE

28

Individually and in her capacity as Manager, FedEx Kinko's Custom

Critical, Inc., 1475 Boetler Boulevard, Union Town, Ohio 44685-

9584, U.S.A.

FREDRICK W. SMITH

Individually and in his capacity as Chairman, Chief Executive

Officer and President, Parcel Direct, 16555 W. Rogers Drive, New

Berlin, Wisconsin 53151-222 U.S.A.


T. MICHAEL GLENN

Individually and in his capacity as Executive Vice President

Market Development and Corporate Communications, FedEx

Corporation, 942 S. Shady Gove Road, Memphis, Tennessee, 38120-

4117, U.S.A.


JOHN A. HOUSTON

Individually and in his capacity as Judge, United States

District Court Southern District of California, 880 Front St,

San Diego, California 92101, U.S.A and as in USDC Case No. 11-

CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

W. SAMUEL HAMRICK, JR

Individually and in his capacity as Clerk of Court, United

States District Court Southern District of California, 880 Front

St, Suite 4290, San Diego, California 92101, U.S.A and as in

USDC Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-

JAH (BLM).

S/J PETERSEN

Individually and in his/her capacity as Deputy Clerk of Court,

United States District Court Southern District of California, 880 Front St, Suite 4290, San Diego, California 92101, U.S.A and as in USDC Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

DAVID J. DANIELSEN

Individually and in his capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

FREDERICK MAGUIRE

Individually and in his capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM)and The Superior Court of California San Diego County Case No. M098172.

LEE C. WITHAM

Individually and in his capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

ROGER W. KRAUEL

1  Individually and in his capacity as Judge, Superior Court of
2  California San Diego County, 220 W. Broadway, San Diego,
3  California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
4  USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
5  California San Diego County Case No. M098172.
6
7  JOHN BLAIR
8  Individually and in his capacity as Commissioner, Superior Court
9  of California San Diego County, 220 W. Broadway, San Diego,
10 California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
11 USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
12 California San Diego County Case No. M098172.
13
14 ROBERT C. RICE
15 Individually and in his capacity as Commissioner, Superior Court
16 of California San Diego County, 220 W. Broadway, San Diego,
17 California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
18 USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
19 California San Diego County Case No. M098172.
20 SANDRA L. BERRY
21
22 Individually and in her capacity as Commissioner, Superior Court
23 of California San Diego County, 220 W. Broadway, San Diego,
24 California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
25 USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
26 California San Diego County Case No. M098172.
27
28 KERI G. KATZ

- 8 -
PLAINTIFFS' COMPLAINT FOR DAMAGES

1 │ Individually and in her capacity as Commissioner, Superior Court

2 │ of California San Diego County, 220 W. Broadway, San Diego,

3 │ California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),

4 │ USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of

5 │ California San Diego County Case No. M098172.

6 │

7 │ DESIREE A. BRUCE-LYLE

8 │ Individually and in her capacity as Judge, Superior Court of

9 │ California San Diego County, 220 W. Broadway, San Diego,

10 │ California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),

11 │ USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of

12 │ California San Diego County Case No. M098172.

13 │

14 │ KAREN A. RILEY

15 │ Individually and in her capacity as Commissioner, Superior Court

16 │ of California San Diego County, 220 W. Broadway, San Diego,

17 │ California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),

18 │ USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of

19 │ California San Diego County Case No. M098172.

20 │

21 │

22 │ R.T HENRIZI

23 │ Individually and in his capacity as Police Officer, San Diego

24 │ Police Department, 1401 Broadway, San Diego, California, U.S.A.

25 │

26 │ HIME ALVARADO

27 │ Individually and in his capacity as Police Officer, San Diego

28 │ Police Department, 1401 Broadway, San Diego, California, U.S.A.

PLAINTIFFS' COMPLAINT FOR DAMAGES

1

2   P. RORRISON

3   Individually and in his capacity as Police Officer, San Diego

4   Police Department, 1401 Broadway, San Diego, California, U.S.A.

5

6   KEVIN C. RAUSIS

7   Individually and in his capacity as Police Officer, San Diego

8   Police Department, 1401 Broadway, San Diego, California, U.S.A.

9

10  K. KINNEY

11  Individually and in her capacity as Police Officer, San Diego

12  Police Department, 1401 Broadway, San Diego, California, U.S.A.

13

14  PATRICK SULLIVAN

15  Individually and in his capacity as Police Officer, San Diego

16  Police Department, 1401 Broadway, San Diego, California, U.S.A.

17

18  U. HARVEY

19  Individually and in his capacity as Police Officer, San Diego

20  Police Department, 1401 Broadway, San Diego, California, U.S.A.

21

22  KISTER (MR)

23  Individually and in his capacity as Police Officer, San Diego

24  Police Department, 1401 Broadway, San Diego, California, U.S.A.

25

26  K.P. LEWAK

27

28

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


SARAH SUTTER

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


JOEL VOSS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


SCHENKLEBERG (MR)

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


ZACH BRADLEY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


ED

Individually and in his capacity as Property Room
Employee/Supervisor, San Diego Police Department, 1401 Broadway,
San Diego, California, U.S.A.


PAUL COOPER

Individually and in his capacity as Counsel to Chief of Police, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

WILLIAM LANSDOWNE

Individually and in his capacity as Chief of Police, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MICHAEL CASH

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CHRIS BALL

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

GUY SWANGER

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAMES COLLINS

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

BOYD LONG

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

CESAR SOLIS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

TONY MCELROY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

SARAH CRIEGHTON

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

DAVID ROHOWITZ

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAN GOLDSMITH

Individually and in his capacity as City Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-
1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

ONU OMORDIA

PLAINTIFFS' COMPLAINT FOR DAMAGES

1  Individually and in her capacity as Attorney, Office of City
2  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
3  Diego, California, 92101, U.S.A.
4
5  HEILY HERNANDEZ
6  Individually and in her capacity as Attorney, Office of City
7  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
8  Diego, California, 92101, U.S.A.
9
10 L. VOGLITANZ
11 Individually and in her capacity as Attorney, Office of City
12 Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
13 Diego, California, 92101, U.S.A.
14
15 MARYJO LANZAFARE
16 Individually and in her capacity as Attorney, Office of City
17 Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
18 Diego, California, 92101, U.S.A.
19
20 ANDREW JONES
21 Individually and in his capacity as Attorney, Office of City
22 Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
23 Diego, California, 92101, U.S.A.
24
25
26 DAVID GREENBERG
27
28

Individually and in his capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


TRICIA PUMMIL

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


TESSA HEUNIS

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


ANDRES CARNAHAN

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


KRISTI HEIN

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


MAKINI HAMMOND

1   Individually and in her capacity as Attorney, Office of City
2   Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
3   Diego, California, 92101, U.S.A.

4

5   L. EASTON

6   Individually and in his/her capacity as Attorney, Office of City
7   Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
8   Diego, California, 92101, U.S.A.

9

10  D. BURLINS

11  Individually and in his/her capacity as Attorney, Office of City
12  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
13  Diego, California, 92101, U.S.A.

14  M. ROBERTSON

15  Individually and in his/her capacity as Attorney, Office of City
16  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
17  Diego, California, 92101, U.S.A.

18

19  S.PARK

20  Individually and in his/her capacity as Attorney, Office of City
21  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
22  Diego, California, 92101, U.S.A.

23

24

25  A.WILBURN

26  Individually and in his/her capacity as Attorney, Office of City
27  Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
28  Diego, California, 92101, U.S.A.

JOHN O'NEILL

Individually and in his capacity as Commissioner, City of San Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego, California 92101, U.S.A.


DEBORAH COCHRAN

Individually and in her capacity as Commissioner, City of San Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego, California 92101, U.S.A.


GRAYDON "BUD" WETZLER

Individually and in his capacity as Commissioner, City of San Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego, California 92101, U.S.A.


WILLAIM ASHLEY (LEE) BIDDLE

Individually and in his capacity as Commissioner, City of San Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego, California 92101, U.S.A.


WILLIAM HOWATT

Individually and in his capacity as Commissioner, City of San Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego, California 92101, U.S.A.


FAYE DETSKY-WEIL

1 | Individually and in her capacity as Commissioner, City of San

2 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

3 | California 92101, U.S.A.

4 | CLYDE L. FULLER

5 | Individually and in his capacity as Commissioner, City of San

6 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

7 | California 92101, U.S.A.

8 |

9 | JOHN O'NEILL

10 | Individually and in his capacity as Commissioner, City of San

11 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

12 | California 92101, U.S.A.

13 |

14 | DEBORAH COCHRAN

15 | Individually and in her capacity as Commissioner, City of San

16 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

17 | California 92101, U.S.A.

18 |

19 | GRAYDON "BUD" WETZLER

20 | Individually and in his capacity as Commissioner, City of San

21 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

22 | California 92101, U.S.A.

23 |

24 |

25 | WILLAIM ASHLEY (LEE) BIDDLE

26 | Individually and in his capacity as Commissioner, City of San

27 | Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

28 | California 92101, U.S.A.

WILLIAM HOWATT

Individually and in his capacity as Commissioner, City of San

Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

California 92101, U.S.A.


FAYE DETSKY-WEIL

Individually and in her capacity as Commissioner, City of San

Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

California 92101, U.S.A.


CLYDE L. FULLER

Individually and in his capacity as Commissioner, City of San

Diego, Ethics Commission, 1010 Second Ave, Suite 1530, San Diego,

California 92101, U.S.A.


SOLOMON CHANG

Individually and in his capacity as Attorney, Office of The

Public Defender San Diego County, 450 B St., Suite 900, San

Diego, California, 92101, U.S.A.

BRIAN SCHMIDT

Individually and in his capacity as Attorney, Office of The

Public Defender San Diego County, 450 B St., Suite 900, San

Diego, California, 92101, U.S.A.


KATHERINE BRANER

1  Individually and in her capacity as Attorney, Office of The

2  Public Defender San Diego County, 450 B St., Suite 900, San

3  Diego, California, 92101, U.S.A.

4

5  MARYJO BARR

6  Individually and in her capacity as Attorney, Office of The

7  Public Defender San Diego County, 450 B St., Suite 900, San

8  Diego, California, 92101, U.S.A.

9

10  HENRY C. COKER

11  Individually and in his capacity as Public Defender, Office of

12  The Public Defender San Diego County, 450 B St., Suite 900, San

13  Diego, California, 92101, U.S.A.

14

15  SUSAN MCINERNEY

16  Individually and in her capacity as Attorney, Office of The

17  Public Defender San Diego County, 450 B St., Suite 900, San

18  Diego, California, 92101, U.S.A.

19  L. GARCIA

20  Individually and in his/her capacity as Attorney, Office of The

21  Public Defender San Diego County, 450 B St., Suite 900, San

22  Diego, California, 92101, U.S.A.

23

24  L. STERN

25  Individually and in his/her capacity as Attorney, Office of The

26  Public Defender San Diego County, 450 B St., Suite 900, San

27  Diego, California, 92101, U.S.A.

28

PLAINTIFFS' COMPLAINT FOR DAMAGES

ROBERT J. STALL, Jr.,

Individually and in his capacity as Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MICHAEL BEGOVICH

Individually and in his capacity as Deputy Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

MILLY DUROVIC

Individually and in his capacity as Of-Counsel, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

VENETA JACOBS

Individually and in her capacity as Felony Case Assigning Employee, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

MICHAEL HAWKINS

Individually and in his capacity as Pro Per Coordinator, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

A.P. SETTER

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.


R. SALAZAR

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.

T. HANDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.


HATHAWAY (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.


BIGGS (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.


ACEVADO (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.


P. LACHAPPELL

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

G.A NAVARRO
Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

WILLAIM GORE
Individually and in capacity as Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

THOMAS J. COOKE
Individually and in capacity as Under-Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

JOHNSON (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O. Box 939062(92193), San Diego, California 92101, U.S.A.

B. RICHARDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego

Sheriffs' Department, Facility 8, George F. Bailey Detention

Facility, San Diego, California 92101, U.S.A.

JACKSON (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego

Sheriffs' Department, Facility 8, George F. Bailey Detention

Facility, San Diego, California 92101, U.S.A.


SMITH (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego

Sheriffs' Department, Facility 8, George F. Bailey Detention

Facility, San Diego, California 92101, U.S.A.


POWELL (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego

Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O.

Box 939062(92193), San Diego, California 92101, U.S.A.


M.J. SAUNDERS

Individually and in his capacity as Sheriffs' Deputy, San Diego

Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O.

Box 939062(92193), San Diego, California 92101, U.S.A.


R. PADILLA

Individually and in his capacity as Arresting and Booking

Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego,

1  California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-

2  JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

3

4  TAYLOR (MR)

5  Individually and in his capacity as Co-arresting Officer, San

6  Diego Harbor Police, 3389 Harbor Drive, San Diego, California,

7  92101, U.S.A.

8

9  SABBAGH (MR)

10  Individually and in his capacity as Co-arresting Officer, San

11  Diego Harbor Police, 3389 Harbor Drive, San Diego, California,

12  92101, U.S.A.

13

14  S. AFHOOK

15  Individually and in his capacity as Co-arresting Officer, San

16  Diego Harbor Police, 3389 Harbor Drive, San Diego, California,

17  92101, U.S.A.

18

19  JOHN A. BOLDUC

20  Individually and in his capacity as Chief of Police, San Diego

21  Harbor Police, 3389 Harbor Drive, San Diego, California, 92101,

22  U.S.A.

23

24  BRIAN JENSEN

25  Individually and in his capacity as Officer, San Diego Harbor

26  Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

27

28

PLAINTIFFS' COMPLAINT FOR DAMAGES

KIMBERLY A. FIVES

Individually and in his capacity as Officer, San Diego Harbor
Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.


BOB NELSON

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


SCOTT PETERS

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


LEE BURDICK

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


MICHAEL BIXLER

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.

STEPHEN PADILLA

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


LOU SMITH

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


ROBERT VALDERRAMA

Individually and in his capacity as Commissioner, San Diego
Unified Port District Board of Commissioners, Administration
Building, 3165 Pacific Highway, San Diego, California 92101-1128,
U.S.A.


M. JOHNSON

Individually and in his capacity as Officer, California State
Police Department (California Highway Patrol), 9330 Farnham St,
San Diego, California, 92123 and 4902 Pacific Highway, San Diego,
California, U.S.A.


MATTHEW CARROLL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

JEREMY FLAGEL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A.

LAWRENCE RICHMAN

Individually and in his capacity as Chief Executive Officer and Founder, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MASCHEIMER (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

PLAINTIFFS' COMPLAINT FOR DAMAGES

MAX NAVARRO

Individually and in his capacity as Arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

ZACHARY COLLINS

Individually and in his capacity as Co-arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

RACHEL TYNER

Individually and in her capacity as Code Compliance Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

QUEEN (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. AMARIZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.DIAZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. BURTON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. ALILIN

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. MARTINEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. FEWELL

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


D. BELVIS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


K. LYLE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


M. VICCARIELLO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

D. HAMADA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

PLAINTIFFS' COMPLAINT FOR DAMAGES

1

2      R.P. POMEROY

3      Individually and in his capacity as Security Officer, Heritage

4      Security Services, Transit System Security and Fort Heritage

5      Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

6      California.

7

8      E. AGUILAR

9      Individually and in his capacity as Security Officer, Heritage

10     Security Services, Transit System Security and Fort Heritage

11     Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

12     California.

13

14     C. HERNANDEZ

15     Individually and in his capacity as Security Officer, Heritage

16     Security Services, Transit System Security and Fort Heritage

17     Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

18     California.

19     R. ROGERS

20     Individually and in his capacity as Security Officer, Heritage

21     Security Services, Transit System Security and Fort Heritage

22     Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

23     California.

24

25

26     T. HUGBEE

27     Individually and in his capacity as Security Officer, Heritage

28     Security Services, Transit System Security and Fort Heritage

PLAINTIFFS' COMPLAINT FOR DAMAGES

1    Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

2    California.

3

4    M. RICO

5    Individually and in his capacity as Security Officer, Heritage

6    Security Services, Transit System Security and Fort Heritage

7    Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

8    California.

9

10   J. RENTERIA

11   Individually and in his capacity as Security Officer, Heritage

12   Security Services, Transit System Security and Fort Heritage

13   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

14   California.

15   R. GRAHAM

16   Individually and in his capacity as Security Officer, Heritage

17   Security Services, Transit System Security and Fort Heritage

18   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

19   California.

20

21   J. DIEGA

22   Individually and in his capacity as Security Officer, Heritage

23   Security Services, Transit System Security and Fort Heritage

24   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

25   California.

26

27   T.R.JOSEPH

28

1 | Individually and in his capacity as Security Officer, Heritage
2 | Security Services, Transit System Security and Fort Heritage
3 | Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
4 | California.

5 |

6 | F. MIRELES

7 | Individually and in his capacity as Security Officer, Heritage
8 | Security Services, Transit System Security and Fort Heritage
9 | Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
10 | California.

11 | C. TORRES

12 | Individually and in his/her capacity as Security Officer,
13 | Heritage Security Services, Transit System Security and Fort
14 | Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
15 | California.

16 |

17 | K. GARCIA

18 | Individually and in his capacity as Security Officer, Heritage
19 | Security Services, Transit System Security and Fort Heritage
20 | Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
21 | California.

22 |

23 | P. ALAMILLO

24 | Individually and in her capacity as Security Officer, Heritage
25 | Security Services, Transit System Security and Fort Heritage
26 | Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
27 | California.
28 |

1

2   D. REAVES

3   Individually and in his capacity as Security Officer, Heritage

4   Security Services, Transit System Security and Fort Heritage

5   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

6   California.

7   R. FUENTAVILLA

8   Individually and in his capacity as Security Officer, Heritage

9   Security Services, Transit System Security and Fort Heritage

10  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

11  California.

12

13  R. FAVELO

14  Individually and in his capacity as Security Officer, Heritage

15  Security Services, Transit System Security and Fort Heritage

16  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

17  California.

18

19  J. LAPAN

20  Individually and in his capacity as Security Officer, Heritage

21  Security Services, Transit System Security and Fort Heritage

22  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

23  California.

24

25

26  P. COTHIAS

27  Individually and in his capacity as Security Officer, Heritage

28  Security Services, Transit System Security and Fort Heritage

PLAINTIFFS' COMPLAINT FOR DAMAGES

1  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

2  California.

3  R. OROZCO

4  Individually and in his capacity as Security Officer, Heritage

5  Security Services, Transit System Security and Fort Heritage

6  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

7  California.

8

9  V. GARCIA

10 Individually and in his capacity as Security Officer, Heritage

11 Security Services, Transit System Security and Fort Heritage

12 Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

13 California

14

15 M. REGUSTERS

16 Individually and in his capacity as Security Officer, Heritage

17 Security Services, Transit System Security and Fort Heritage

18 Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

19 California.

20

21 F. CONTRERAS

22 Individually and in his capacity as Security Officer, Heritage

23 Security Services, Transit System Security and Fort Heritage

24 Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

25 California

26 LEHNHER (MR)

27

28

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

K. SPIGHT

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

J. MARTINEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

A.MOYA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

C. MINER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

PLAINTIFFS' COMPLAINT FOR DAMAGES

C. YEAGER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


L. COLLIER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


PITT (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

M. KOSAK

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


C. SANDEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

PLAINTIFFS' COMPLAINT FOR DAMAGES

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.SPIEDEL

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. THOMAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. JAMESON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. KING

1    Individually and in his capacity as Security Officer, Heritage

2    Security Services, Transit System Security and Fort Heritage

3    Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

4    California.

5

6    T. OKALSKI

7    Individually and in his capacity as Security Officer, Heritage

8    Security Services, Transit System Security and Fort Heritage

9    Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

10   California.

11   S.RODRIGUEZ

12   Individually and in his capacity as Security Officer, Heritage

13   Security Services, Transit System Security and Fort Heritage

14   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

15   California.

16

17   E. MCKEEVER

18   Individually and in his capacity as Security Officer, Heritage

19   Security Services, Transit System Security and Fort Heritage

20   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

21   California.

22

23

24   H. CASTRO

25   Individually and in his capacity as Security Officer, Heritage

26   Security Services, Transit System Security and Fort Heritage

27   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

28   California.

PLAINTIFFS' COMPLAINT FOR DAMAGES

J. NUTTING

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.IZZARELLI

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. ALATORRE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. FARIAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

PLAINTIFFS' COMPLAINT FOR DAMAGES

1  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
2  California.
3  E. TRUJILLO
4  Individually and in his capacity as Security Officer, Heritage
5  Security Services, Transit System Security and Fort Heritage
6  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
7  California.
8
9  L. GONZALES
10  Individually and in his capacity as Security Officer, Heritage
11  Security Services, Transit System Security and Fort Heritage
12  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
13  California.
14
15  A.WILLIAMS
16  Individually and in his capacity as Security Officer, Heritage
17  Security Services, Transit System Security and Fort Heritage
18  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
19  California.
20
21  H. ESTRADA
22  Individually and in his capacity as Security Officer, Heritage
23  Security Services, Transit System Security and Fort Heritage
24  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
25  California.
26
27  CHAN (MR)
28

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


HINOJOS (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R. FAVELO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. BIBBY

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

S. CORRIVEAU

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

H. NAVARRETE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. NAPOLEON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. EDWARDS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

Y. ADIBOYE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. WADE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. RANDES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


J. MARRS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


L. ROBERTS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


M. VARGES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


R. OAKLEY

PLAINTIFFS' COMPLAINT FOR DAMAGES

1   Individually and in his capacity as Security Officer, Heritage

2   Security Services, Transit System Security and Fort Heritage

3   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

4   California.

5

6   M. CARTER

7   Individually and in his capacity as Security Officer, Heritage

8   Security Services, Transit System Security and Fort Heritage

9   Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

10  California.

11  J. PARKER

12  Individually and in his capacity as Security Officer, Heritage

13  Security Services, Transit System Security and Fort Heritage

14  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

15  California.

16

17  G. BARNETTE

18  Individually and in his capacity as Security Officer, Heritage

19  Security Services, Transit System Security and Fort Heritage

20  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

21  California.

22

23  G. EDWARDS

24

25  Individually and in his capacity as Security Officer, Heritage

26  Security Services, Transit System Security and Fort Heritage

27  Courier Service, 1260 Morena Blvd, Suite 200, San Diego,

28  California.

PLAINTIFFS' COMPLAINT FOR DAMAGES

1

2   CAROLYN SUESS

3   Individually and in her capacity as Operations Supervisor, San

4   Diego Metropolitan Transit System (SDMTS), San Diego, California.

5

6   PHIL STIEGLIZ

7   Individually and in his capacity as Operations Supervisor, San

8   Diego Metropolitan Transit System (SDMTS), San Diego, California.

9

10  JOSE GARCIA

11  Individually and in his capacity as Operations Supervisor, San

12  Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula

13  Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

14

15  JOHN FITCH

16  Individually and in his capacity as Operations Supervisor, San

17  Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula

18  Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

19

20  JOHN NESBITT

21  Individually and in his capacity as Operations Supervisor, San

22  Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula

23  Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

24

25

26  RICARDO

27

28

1  Individually and in his capacity as Employee, San Diego
2  Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista,
3  California and 1213 N. Johnson  Ave, El Cajon, California.
4
5  ROSE SORILLON
6  Individually and in her capacity as Operations Supervisor, San
7  Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula
8  Vista, California and 1213 N. Johnson  Ave, El Cajon, California.
9  JOHN DOE WHITE MALE DRIVER SDMTS 44 BUS ROUTE 325 ABOUT 9:06PM
10 PST ON DECEMBER 14, 2009 FROM LINDA VISTA ROAD TO OLD TOWN
11 TRANSIT STATION SAN DIEGO CALIFORNIA
12 Individually and in his capacity as bus driver, San Diego
13 Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
14 California and 1213 N. Johnson Ave, El Cajon, California.
15
16 JOHN DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT
17 8:55AM PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER
18 ACROSS FROM AMERICA PLAZA DOWNTON SAN DIEGO CALIFORNIA
19 Individually and in his capacity as bus driver, San Diego
20 Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
21 California and 1213 N. Johnson Ave, El Cajon, California.
22 JOHN DOE WHITE MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM
23 PST ON MARCH 15, 2011 INCIDENT ON GENESEE AVE AND HEALTHCARE
24 DRIVE SAN DIEGO CALIFORNIA
25 Individually and in his capacity as bus driver, San Diego
26 Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
27 California and 1213 N. Johnson Ave, El Cajon, California.
28

PLAINTIFFS' COMPLAINT FOR DAMAGES